# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carol Lynn Stelzer pka Carol Lynn Kaminsky<br>        Debtor(s) | Chapter 13 |
| Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-10<br>        Movant<br>     v.<br>Carol Lynn Stelzer pka Carol Lynn Kaminsky<br>        Debtor(s)<br>Thomas C. Stelzer<br>        Co-Debtor<br><br>William C. Miller, Esq.<br>        Trustee | NO. 16-14289 AMC |

## **ORDER**

  AND NOW, this            day of                    , 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on March 1, 2017, it is ORDERED AND DECREED that:

  The automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay as provided under 11 U.S.C. Section 1301 of the Bankruptcy Code, are modified so as to allow Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-10, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and to pursue its *in rem* State Court remedies, with regard to the premises 102 Debbie Drive, Coatesville, PA 19320, which actions may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged premises, and the execution of judgment and Sheriff's Sale of the premises, among other remedies.

  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: August 28, 2017**

                          United States Bankruptcy Judge

cc: See attached service list

Carol Lynn Stelzer pka Carol Lynn Kaminsky
102 Debbie Drive
Coatesville, PA 19320

Thomas C. Stelzer
102 Debbie Drive
Coatesville, PA 19320

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Christian A. DiCicco
2008 Chestnut Street
Philadelphia, , PA  19103

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532