United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14289-amc
Carol Lynn Stelzer                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey            Page 1 of 1          Date Rcvd: Aug 28, 2017
                             Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db              +Carol Lynn Stelzer,    102 Debbie Drive,    Coatesville, PA 19320-1152
cr              +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Aug 29 2017 01:39:26      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2017 01:39:06
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 29 2017 01:39:20      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 01:40:09      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                          TOTAL: 4

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
          ALEXANDRA T. GARCIA   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
          York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
          Series 2007-10 ecfmail@mwc-law.com
          ANN E. SWARTZ   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as
          Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-10
          ecfmail@mwc-law.com, ecfmail@mwc-law.com
          CELINE P. DERRKIKORIAN   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
          York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
          Series 2007-10 ecfmail@mwc-law.com
          CHRISTIAN A. DICICCO   on behalf of Debtor Carol Lynn Stelzer
          cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
          York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
          Series 2007-10 bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
          as Trustee for the certificateholders of  the CWABS, Inc., Asset-Backed Certificates, Series
          2007-10 bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                          TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

IN RE:  Carol Lynn Stelzer pka Carol Lynn Kaminsky

Debtor(s)

Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-10

Movant
v.

Carol Lynn Stelzer pka Carol Lynn Kaminsky

Debtor(s)

Thomas C. Stelzer

Co-Debtor

William C. Miller, Esq.

Trustee

Chapter 13

NO. 16-14289 AMC

## ORDER

AND NOW, this _____ day of _____, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on March 1, 2017, it is ORDERED AND DECREED that:

The automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay as provided under 11 U.S.C. Section 1301 of the Bankruptcy Code, are modified so as to allow Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of  the CWABS, Inc., Asset-Backed Certificates, Series 2007-10, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and to pursue its *in rem* State Court remedies, with regard to the premises 102 Debbie Drive, Coatesville, PA 19320, which actions may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged premises, and the execution of judgment and Sheriff's Sale of the premises, among other remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: August 28, 2017**

_____
United States Bankruptcy Judge

cc: See attached service list

Carol Lynn Stelzer pka Carol Lynn Kaminsky
102 Debbie Drive
Coatesville, PA 19320

Thomas C. Stelzer
102 Debbie Drive
Coatesville, PA 19320

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Christian A. DiCicco
2008 Chestnut Street
Philadelphia, , PA  19103

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532