# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-14289-AMC

CAROL LYNN STELZER

102 DEBBIE DRIVE

COATESVILLE, PA 19320-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  CAROL LYNN STELZER

  102 DEBBIE DRIVE

  COATESVILLE, PA 19320-

Counsel for debtor(s), by electronic notice only.

  CHRISTIAN A DICICCO
  2008 CHESTNUT ST

  PHILADELPHIA, PA 19103

Date: 10/17/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee