United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-14289-amc
Carol Lynn Stelzer                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey            Page 1 of 2            Date Rcvd: Nov 29, 2017
                             Form ID: pdf900         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.
```
db             +Carol Lynn Stelzer,    102 Debbie Drive,    Coatesville, PA 19320-1152
cr             +THE BANK OF NEW YORK MELLON,     14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13744644       #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
13744646       +Cap1/levtz,    Po Box 30253,    Salt Lake City, UT 84130-0253
13744647       +Carolyn B. Welsh, Sheriff,    Chester County Justice Center,
                 201 West Market Street, Suite 1201,    West Chester, PA 19382-2947
13744649       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13744650       +Comenity Bank/Peebles,    Po Box 182125,    Columbus, OH 43218-2125
13744651        Comenity Bank/Victoria Secret,    Po Box 18215,    Columbus, OH 43218
13744654       +Parker McCay, PA,    9000 Midlantic Dr.,    Suite 300,    Mount Laurel, NJ 08054-1539
13744655        Pennsylvania Department of Revenue,    P.O. Box 280846,    Bureau of Compliance,
                 Harrisburg, PA 17128-0846
13744657       +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
13744660       +The Bank of New York Mellon,    c/o SLS, LLC,    8742 Lucent Blvd., Suite 300,
                 Highland Ranch, CO 80129-2386
13798556       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13744661       +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
13744662       +Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Nov 30 2017 01:36:25      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 30 2017 01:35:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 30 2017 01:36:18      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2017 01:32:42      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13818177       +E-mail/Text: bankruptcy@cavps.com Nov 30 2017 01:36:15      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13898926       +E-mail/Text: cdicicco@myphillybankruptcylawyer.com Nov 30 2017 01:35:35
                 Christian A. DiCicco, Esq.,    Law Offices of Christian A. DiCicco,    2008 Chestnut Street,
                 Philadelphia, PA 19103-4535
13744648       +E-mail/Text: bankruptcycollections@citadelbanking.com Nov 30 2017 01:36:43
                 Citadel Federal Cred U,    Attn: Collections/Bankruptcy,    520 Eagleview Blvd,
                 Exton, PA 19341-1119
13744652       +E-mail/Text: cio.bncmail@irs.gov Nov 30 2017 01:35:38      Internal Revenue Service,
                 Room 5200 IE:T3:1,    600 Arch Street,    Philadelphia, PA 19106-1611
13744653       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Nov 30 2017 01:37:02      Mabt - Genesis Retail,
                 Bankcard Services,    Po Box 4477,    Beaverton, OR 97076-4401
13744656        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2017 01:40:28
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13751743        E-mail/PDF: rmscedi@recoverycorp.com Nov 30 2017 01:33:17
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13744658       +E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2017 01:32:42      Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
13744659       +E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2017 01:33:48      Synchrony Bank/ Old Navy,
                 Po Box 965064,    Orlando, FL 32896-5064
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13744645      ##+Bank of America Home Loans,    400 National Way,    Simi Valley, CA 93065-6414
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2           User: Stacey              Page 2 of 2                  Date Rcvd: Nov 29, 2017
                               Form ID: pdf900           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
               Series 2007-10 ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as
               Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-10
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
               Series 2007-10 ecfmail@mwc-law.com
              CHRISTIAN A. DICICCO    on behalf of Debtor Carol Lynn Stelzer
               cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificateholders of  the CWABS, Inc., Asset-Backed Certificates,
               Series 2007-10 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of  the CWABS, Inc., Asset-Backed Certificates, Series
               2007-10 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CAROL LYNN STELZER | : | |
| DEBTOR | : | BANKRUPTCY NO. 16-14289-AMC |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Trustee's Motion to Dismiss Case and after notice and hearing, it is hereby **ORDERED** that:

1. This Chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 USC § 11326(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 USC § 349(b)(3).

5. All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (21) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within 5 days of the entry of this Order. Counsel shall file a certification of service confirming such service has been effected within fifteen (15) days of the entry of this Order.

7. A hearing for the application shall be held on January 9, 2018 at 11:00 a.m. in Courtroom #5, United States Bankruptcy Court.

Date: November 29, 2017

_____
**HONORABLE ASHELY M. CHAN**
**U.S. Bankruptcy Judge**