**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **CAROL LYNN STELZER** | **:** | |
| **DEBTOR** | **:** | **BANKRUPTCY NO. 16-14289-AMC** |

**CERTIFICATION OF SERVICE**

I, Christian A. DiCicco, Esquire, counsel for Debtor, do hereby certify that, on the 1st day of December, 2017, I served and/or caused to be served, a true and correct copy of the Order Dismissing Chapter 13 Case and Setting Deadlines for Allowance of Administrative Expenses, upon all interested parties.

Dated:  January 2, 2018

*/s/ Christian A. DiCicco, Esquire*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco
2008 Chestnut Street
Philadelphia, PA 19103
(ph.) 215-564-6812
(fax) 215-564-6814